Jnited States District Court for the Western District of Kentucky          https://casemgt.kywd.circ6.dcn/CaseAssign.asp?Action=CVCA



# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-428-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/16/2023 4:18:38 PM
Transaction ID: 78608

Request New Judge          Return

no fee
no IFP
no summons.