IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

J.I.W.

    Plaintiffs

Case No. 3:23cv428DJH

v.

John C. Koski Jr., Michael Huffins,
and Unknown HSI and FBI Agents,

    Defendants.

## PROPOSED ORDER

### ORDER GRANTING MOTION OF PLAINTIFFS TO SEAL THE COMPLAINT AND ALL DOCUMENTS IN THIS CASE AND TO HOLD THIS CASE IN ABEYANCE

This matter, having come before the court on Plaintiffs' motion to seal and hold the case in abeyance,

The Honorable Court now finds, upon argument, that

The most compelling reasons exist that justify the non-disclosure of judicial records.

The court also finds that the balance of the factors weighs in favor of holding the case in abeyance due to the pending criminal charge against Plaintiff.

Therefore, the Honorable Court now orders that

1. The documents filed with the Court in this case shall be placed under seal by the Clerk, and not made a part of the public record in this case.

2. The name of the case shall use pseudonyms and not reveal the real name of any of the plaintiffs or victims in any publicly available records.

3. Defendants and counsel shall not in any manner, directly or indirectly, transfer the documents or copies of the documents, or communicate, orally or in writing, any of the

data contained in the documents to any person other than for purposes directly related to trial of this cause, and any person to whom communication is made shall be bound by the terms of this Order.

4. The case be held in abeyance pending the criminal case.
5. The case be placed under seal while it is held in abeyance to prevent prejudice against the plaintiff(s)/victims and prevent retribution by the criminal prosecution and their witnesses against the plaintiff(s)/victims.
6. Extend the protective order from the criminal case to this case.
7. Any document deemed to be of valuable to the public will be redacted before being unsealed.

By _____

Dated: August 16, 2023

Respectfully submitted,

J.I.W., pro se client
Written with initial assistance of counsel