USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

*NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | J.I.W. |
| **CASE #:** | 3:23-cv-428-DJH |
| **STYLE OF CASE:** | J.I.W. v. Koski et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 8/18/2023 |
| **BY:** | DeAnna Whitney/*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**SUMMONS. Plaintiff is required to prepare a Summons to be served upon each defendant. (Fed.R.Civ.P. 4)  Complete a Summons for each defendant and return to the Clerk for issuance. DO NOT send Summons to the defendant(s).  (Summons form(s) attached).**

**A MOTION TO PROCEED in Forma Pauperis is required.  You must provide the information required by Federal Rule of Appellate Procedure 24(a)(1).  (A Motion to Proceed In Forma Pauperis on Appeal form is enclosed.)**

**OR**

**$ 402.00 FILING FEE.  To be paid in full.**

**YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**