*Note*

Letter to District Clerk

Processing Notes 9/15/2023 - **Case No. 3:23CV-428-DJH**

FILED
JAMES J. VILT, JR. - CLERK
SEP 15 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Order of documents:
1: Motion For Phased Service of Summons
2: Summons of Known Agents
    a. Koski
    b. Huffines
3: Summons of Unknown Agent (Anne Paruti)
Service of Above Summons

4: Decision and Order by Judge for service of summons on Unknown agents to DHS and FBI headquarters and Boston Field Offices

5. Pending decision 4: Summons of unknown agents and Service

6. Motion to seal and hold case in abeyance

7. Redacted versions of each of the above documents available for public viewing when case is unsealed.