# UNITED STATES DISTRICT COURT
## for the Western District of Kentucky

J.I.W.
c/o PO Box 2134
Danville, Kentucky, 40203

| | |
|---|---|
| J.I.W. )<br>    *Plaintiff* )<br>    v. )<br>    )<br>John C. Koski Jr., Michael Huffines, )<br>and Unknown HSI and FBI Agents )<br>    *Defendants* )<br>    )<br>    ) | Civil Action No. 3:23CV-428-DJH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Motion to allow a phased service of summonses on unknown agents and tolling of the statute of limitations having been made, and the Court being otherwise sufficiently advised, it is HEREBY ORDERED: 1. that service to UNKNOWN DEFENDANTS be postponed until further notice; and 2. The statute of limitations be TOLLED until unknown defendants have been identified and served.

**ORDERED**, that the plaintiff's motion is **GRANTED**.

SO ORDERED this _____ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE