FILED
JAMES J. VILT, JR. - CLERK
SEP 18 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| J.I.W.<br>℅ PO Box 2134<br>Danville Kentucky 40203<br><br>Plaintiffs,<br><br>v.<br><br>███████████████████,<br>and Unknown HSI and FBI Agents,<br><br>Defendants. | Case No. 3:23CV-428-DJH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SERVICE BY U.S. MARSHALS

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, Plaintiff, J.I.W, respectfully requests this Court to order that service of the summons and complaint be made by the United States Marshals Service.

Plaintiff agrees to pay *reasonable* fees incurred by the U.S. Marshals in service of the summons.

## REASONS FOR REQUEST

1. Federal Matter: Since this case involves federal issues and parties, using the U.S. Marshals may ensure greater adherence to federal procedural requirements and ensure that service is done in a manner consistent with the importance of the matter.

2. Sensitive Information: As this case involves the name of a classified HSI operation, service by U.S. Marshals, who are experienced in handling sensitive federal matters,

*1*

ensures the preservation of confidentiality and mitigates the risk of unauthorized disclosure of classified or sensitive information.

3. Security Concerns: Given that the service of the summons may require entry into secure federal buildings, using U.S. Marshals ensures that service is carried out by individuals who are trained for, and familiar with, the security protocols of such facilities. This is particularly important when the defendants are HSI officers who likely operate in secure environments.

4. Legitimacy and Authority: Utilizing the U.S. Marshals adds a layer of legitimacy and authority to the process, ensuring that defendants take the summons seriously and comply promptly with legal requirements.

5. Avoidance of Conflict: Due to the nature of the parties and the classified operation involved, using a neutral and official third party for service avoids any appearance of conflict of interest or impropriety that might arise if a private process server were used.

## CONCLUSION

For the reasons set forth above, the Plaintiff respectfully requests that the Court issue an order directing the U.S. Marshals Service to serve the summons and complaint upon the Defendants.

Respectfully Submitted,

J.I.W
Pro Se
PO Box 2134 Woodbourne
Danville, Kentucky 40203
John.Doe.Plaintiff.Kentucky@gmail.com

Signed: _____

Dated: 9/18/2023



UNITED STATES DISTRICT COURT
for the Western District of Kentucky

J.I.W.
c/o PO Box 2134
Danville, Kentucky, 40203

| | |
|---|---|
| J.I.W. )<br>  *Plaintiff* )<br>  v. )<br> )<br> ██████████████████████ , )<br> and Unknown HSI and FBI Agents )<br>  *Defendants* )<br> )<br> ) | Civil Action No. 3:23CV-428-DJH |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHALS

THIS MATTER having come before the Court upon Plaintiff J.I.W.'s Motion for Service by U.S. Marshals pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915; and the Court having reviewed the submissions; and for good cause shown;

Plaintiff's Motion for Service by U.S. Marshals is GRANTED.

The United States Marshals Service is hereby directed to serve the summons and complaint upon the Defendants in this action.

Plaintiff agrees to pay reasonable fees incurred by the U.S. Marshals Service in executing this service.

All future filings and proceedings in this action shall adhere to the conditions set forth in the Plaintiff's Motion for Service by U.S. Marshals.

This Order shall be effective immediately.

**ORDERED**, that the plaintiff's motion is **GRANTED**.

1

2

SO ORDERED this ____ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

2