# UNITED STATES DISTRICT COURT
## for the Western District of Kentucky

J.I.W.
c/o PO Box 2134
Danville, Kentucky, 40203

| | |
|---|---|
| J.I.W. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> John C. Koski Jr., Michael Huffines, ) <br> and Unknown HSI and FBI Agents ) <br> *Defendants* ) <br> ) <br> ) | Civil Action No. 3:23CV-428-DJH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHALS

THIS MATTER having come before the Court upon Plaintiff J.I.W.'s Motion for Service by U.S. Marshals pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915; and the Court having reviewed the submissions; and for good cause shown;

Plaintiff's Motion for Service by U.S. Marshals is GRANTED.

The United States Marshals Service is hereby directed to serve the summons and complaint upon the Defendants in this action.

Plaintiff agrees to pay reasonable fees incurred by the U.S. Marshals Service in executing this service.

All future filings and proceedings in this action shall adhere to the conditions set forth in the Plaintiff's Motion for Service by U.S. Marshals.

This Order shall be effective immediately.

**ORDERED**, that the plaintiff's motion is **GRANTED**.

SO ORDERED this _____ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE