FILED
JAMES J. VILT, JR. - CLERK

SEP 18 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

J.I.W.
℅ PO Box 2134
Danville Kentucky 40203

    Plaintiffs,

v.

███████████████████████,
and Unknown HSI and FBI Agents,

    Defendants.

Case No. 3:23CV-428-DJH

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**MOTION TO CORRECT NAME (Typographical error) IN ORIGINAL FILING**

**DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 15(a)(1), 15(a)(2) and 15(c) and in the interests of justice and judicial efficiency, Plaintiff J.I.W. hereby moves the Court to correct a name in the original filing documents of the complaint. The Plaintiff has mistakenly identified one of the Defendants as "████████████" instead of "████████████".

I. Reason for Correction

The mistake was inadvertent and made in good faith. The incorrect name "████████████" was listed due to a typographical error. The Plaintiff realized this error and is promptly taking action to correct it. The summons for ████████████ did not include the error, and the this motion was submitted within 30 days of realizing the error.

II. Legal Standard

- Under Federal Rule of Civil Procedure 15(a)(1)(A) amendments are allowed within 21 days of serving a party. As the party has not been served and the summons was filed on 9/15/2023, this motion is filed within 21 days of service, and the summons and service documents were not incorrect.

- Under Federal Rule of Civil Procedure 15(a)(2), the Court should freely give leave when justice so requires. The Plaintiff believes that justice requires the Court to correct the name to "████████████" so that the legal process can proceed without unnecessary delays or complications.

- Fed. R. Civ. P. 15(c)(1)(C) (and complies with 15(c)(2)) provides that an amendment changing the name of a party to a pleading may relate back to the date of the original complaint for limitations purposes when there has been a mistake in identifying a defendant. In this case, there wasn't a mistake in identifying the defendant, just a typographical error by which the letter 'e' was left out which the court is requested to view as a lesser offense than a misidentified individual.

III. Necessity for Immediate Action

As the summons has already been filed and is pending, time is of the essence to correct this mistake. This will prevent unnecessary complications and preserve the integrity of the legal process.

IV. No Prejudice to Defendant

The proposed correction does not cause prejudice to the Defendant as the nature of the allegations and claims remain unchanged.

Therefore, the Plaintiff respectfully requests that the Court grant this motion to correct the name in the original filing documents from "███████████" to "███████████".

Respectfully Submitted,

J.I.W
Pro Se
PO Box 2134 Woodbourne
Danville, Kentucky 40203
John.Doe.Plaintiff.Kentucky@gmail.com

Signed:_____

Dated:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| J.I.W.<br>% PO Box 2134<br>Danville Kentucky 40203<br><br>    Plaintiffs,<br><br>v.<br><br>[REDACTED],<br>and Unknown HSI and FBI Agents,<br><br>    Defendants. | Case No. 3:23CV-428-DJH |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT NAME (TYPOGRAPHICAL ERROR) IN ORIGINAL FILING DOCUMENTS**

THIS MATTER having come before the Court upon Plaintiff [Your Full Name]'s Motion to Correct Name (Typographical Error) in Original Filing Documents pursuant to Federal Rule of Civil Procedure 15(a)(1), 15(a)(2), and 15(c); and the Court having reviewed the submissions; and for good cause shown;

Plaintiff's Motion to Correct Name (Typographical Error) in Original Filing Documents is GRANTED.

The name of the Defendant identified in the original complaint as '[REDACTED]" is corrected to read '[REDACTED]."

All future filings and proceedings in this action shall refer to the corrected name "███████ ██████."

**ORDERED**, that the plaintiff's motion is **GRANTED**.

SO ORDERED this ____ day of September, 2023.

This Order shall be effective immediately.

_____
UNITED STATES DISTRICT JUDGE