IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| J.I.W.<br>℅ PO Box 2134<br>Danville Kentucky 40203<br><br>    Plaintiffs,<br><br>v.<br><br>John C. Koski Jr., Michael Huffines,<br>and Unknown HSI and FBI Agents,<br><br>    Defendants. | Case No. 3:23CV-428-DJH |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER   GRANTING   PLAINTIFF'S   MOTION   TO   CORRECT   NAME

(TYPOGRAPHICAL ERROR) IN ORIGINAL FILING DOCUMENTS

THIS MATTER having come before the Court upon Plaintiff [Your Full Name]'s Motion to Correct Name (Typographical Error) in Original Filing Documents pursuant to Federal Rule of Civil Procedure 15(a)(1), 15(a)(2), and 15(c); and the Court having reviewed the submissions; and for good cause shown;

Plaintiff's Motion to Correct Name (Typographical Error) in Original Filing Documents is GRANTED.

The name of the Defendant identified in the original complaint as "Michael Huffins" is corrected to read "Michael Huffines."

①

All future filings and proceedings in this action shall refer to the corrected name "Michael Huffines."

**ORDERED**, that the plaintiff's motion is **GRANTED**.

SO ORDERED this _____ day of September, 2023.

This Order shall be effective immediately.

_____
UNITED STATES DISTRICT JUDGE

(2)