FILED
JAMES J. VILT, JR. - CLERK

JUL 18 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

Joshua White
℅ PO Box 2134
Danville Kentucky 40203

    Plaintiff,

v.

John C. Koski Jr., Michael Huffines,
and Unknown HSI and FBI Agents,

    Defendants.

Case No. 3:23CV-428-DJH

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Motion to Amend Complaint

### I. Introduction

Plaintiff, Joshua White, by and through undersigned counsel, respectfully moves this Honorable Court for leave to file an Amended Complaint as directed by the Court (DN13) and pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this motion, Plaintiff states as follows:

### II. Background

1. Plaintiff initiated this action on August 16th, 2023 using the pseudonym J.I.W.

2. On July 8, 2024, the Court ordered that Plaintiff file an amended complaint under his legal name.

3. Plaintiff seeks to comply with the Court's order by amending the complaint to reflect his legal name throughout the document.

### III. Legal Standard

Joshua White, M.Eng

℅ PO Box 2134

Danville Kentucky 40203

**Plaintiff, Pro Se**

**Certificate of Service**

I hereby certify that on 7/17/2024, I delivered the foregoing Motion to Amend the Complaint to the Clerk of the Court.