USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | J.I.W., Plaintiff |
| **CASE #:** | 3:23-cv-428-DJH |
| **STYLE OF CASE:** | J.I.W. v. Koski et al |
| **DOCUMENT TITLE:** | Motion to Amend Complaint |
| **DATE:** | 7/19/2024 |
| **BY:** | Kim Yates<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**LACK OF ORIGINAL SIGNATURE.  Filing not signed, or does not include original signature. Please sign where indicated. (Copy of signature page is attached).**
*(Fed. R. Civ. P. 11)*

**YOU ARE GRANTED 30 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**