3:22-cv-428-DJH

Joshua White, M.Eng

℅ PO Box 2134

Danville Kentucky 40203

**FILED**
JAMES J. VILT JR,
CLERK
8/16/2024
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**Plaintiff, Pro Se**

**Certificate of Service**

I hereby certify that on 7/17/2024, I delivered the foregoing Motion to Amend the Complaint to the Clerk of the Court.

8/16/24

*[signature]*