IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| Joshua White<br>℅ PO Box 2134<br>Danville Kentucky 40203<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>John C. Koski Jr., Michael Huffines,<br>and Unknown HSI and FBI Agents,<br><br>　　　Defendants. | Case No. 3:23CV-428-DJH |

MOTION TO AMEND COMPLAINT

# EXHIBIT A
## Amended Complaint

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

Louisville_____ Division

Joshua White

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

John C. Koski Jr., Michael Huffines, and unknown HSI and FBI Agents

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-00428-DJH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joshua White |
   | Address | PO Box 2134 |
   | City | Danville |
   | State | KY |
   | Zip Code | 40423 |
   | County | Boyle County |
   | Telephone Number | 502-517-7641 |
   | E-Mail Address | john.doe.plaintiff.kentucky@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | John C. Koski Jr. |
   | Job or Title (if known) | Federal Agent with Homeland Security Investigations (HSI) |
   | Address | 601 W. Broadway #114 |
   | City | Lousiville |
   | State | Ky |
   | Zip Code | 40202 |
   | County | Jefferson County |
   | Telephone Number | 502-582-6380 |
   | E-Mail Address (if known) | |

   [✓] Individual capacity     [ ] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Michael Huffines |
   | Job or Title (if known) | Federal Agent with Homeland Security Investigations (HSI) |
   | Address | 601 W. Broadway #114 |
   | City | Lousiville |
   | State | KY |
   | Zip Code | 40202 |
   | County | Jefferson County |
   | Telephone Number | 502-582-6380 |
   | E-Mail Address (if known) | |

   [✓] Individual capacity     [ ] Official capacity

Defendant No. 3
- Name: Unknown HSI and FBI Agents
- Job or Title (if known): Special Agents
- Address: Unknown
  - City / State / Zip Code
- County: Unknown
- Telephone Number: Unknown
- E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
  - City / State / Zip Code
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fourth Amendment rights were violated as there were illegal searches and seizures.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
1. The events giving rise to the claim occurred in Louisville, Kentucky.

B. What date and approximate time did the events giving rise to your claim(s) occur?
1. The illegal search and seizure occurred at February 17, 2021. However, other relevant dates are February 8, 2021, when the search warrant affidavit that had false information was submitted, and August 16, 2022 and September 9, 2022, where discovery revealed that the search was based on false information. More discovery provided in February 2023 revealed that agents had exceeded the scope of the search warrant.

C. What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
NOTE: PDF form has clipped a large portion of field C.  To see all of section C, see printed attachment B or electronic PDF form and scroll down.

1. On February 8, 2021, Defendant Koski applied for a search warrant for the Property of Plaintiff based on supposed probable cause that 18 U.S.C. 2252(A)(a)(5)(B) (Accessing with Intent to view Child Porn) had been violated. In his affidavit, Defendant Koski modified a template that he had received at that point. He also had received screenshots of the CHATSITE that were dated May 28, 2019. The affidavit stated that images were on the Target Website at the time the alleged access occurred. However, this contradicted every other reference through the affidavit, which described the CHATSITE as a chatsite which only had text and/or links to other websites. Defendant Koski also said that someone would have to have a username and password to access the CHATSITE. Supplemental discovery that was released on August 16, 2022 and received by plaintiff on September 9, 2022, revealed that there were no images on the CHATSITE and that Defendant Koski would have known that. Discovery also revealed

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff fell into a semi-unconscious state during the February 17, 2021 search likely due to the physical or emotional stress of the search. Prior to this occurring, Agents had taken J.I.W out in to the elements while in his underwear for an extended period where the ground was snow covered and the temperature was 22F. Prior to the episode of falling in a semi-unconscious state Plaintiff had informed the Defendants that he had a heart conditions and a channelopathy condition. Despite this, Defendants did not attend to him and instead ignored him by continuing to move about the house - stepping back and forth over him while he was in the semi-unconscous state as he was in the walkway of the main foyer.

J.I.W was also subjected to a digitary and emotional harm during the unconstitutional detention during the search, in which he was forced to use the restroom while in full view and observed by numerous agents/officers.

Furthermore, while J.B.W. did not suffer any physical harm, she suffered dignitary and emotional harm and injury from the February 17, 2021 search, where she was forced too use the restroom while in full view and observed by numerous officers. On December 9, 2021 the Defendents executed an illegal seizure of her and her vehicle during.

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Court should conclude that

1. The actions of the Defendant violated the Fourth Amendment of the United States Constitution due to the illegal searches and seizures conducted.

2. Award compensatory damages of $500,000 or whatever the court determines to be just. Plaintiff. has lost income from the loss of his well paying job due to the illegal search and seizure.  Plaintiff also has full expectation of encountering difficulties in finding future work as a result of the injury to reputation.

3. Award punitive damages in an amount of $1,000,000 dollars or more. Plaintiff were subject to the willfull and malicious conduct of defendants.

4. Grant any additional relief the court determines to be just and proper.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: 07/17/2024

Signature of Plaintiff:

Printed Name of Plaintiff: Joshua White

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney: Complaint was drafted with assitance from Wanda McClure Dry

Bar Number:

Name of Law Firm:

Address: P.O. Box 2122

City: Danville  State: KY  Zip Code: 40423

Telephone Number: (859) 583-0037

E-mail Address: wandadry@gmail.om