FILED
JAMES J. VILT, JR. - CLERK

OCT 21 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

Joshua White
℅ PO Box 2134
Danville Kentucky 40203

    Plaintiffs,

v.

John C. Koski Jr., Michael Huffines,
and Unknown HSI and FBI Agents,

    Defendants.

Case No. 3:23CV-428-DJH

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RENEWED MOTION FOR SERVICE BY U.S. MARSHALS

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, Plaintiff, respectfully renews the requests from this Court to order that service of the summons and complaint be made by the United States Marshals Service. Motion was previously filed (DN-7), but was denied without prejudice. The Court advised "[The Plaintiff] may renew this motion after filing an amended complaint or obtaining the Court's permission to proceed anonymously."

The Plaintiff has complied with the Court's order to file an Amended complaint (DN-14), and the Court granted the filing of the amended complaint (DN-17). Thus, the Plaintiff is renewing the motion for service by U.S. marshals.

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, the court has the discretion to order that service of the summons and complaint be effectuated by the U.S. Marshals. This discretion is particularly relevant in cases involving federal officers and classified operations, where the handling of sensitive information and access to secure locations necessitate the specialized skills and authority of the U.S. Marshals."

## REASONS FOR REQUEST

1. Whereabouts unknown: FOIA request and open data platforms fail to show mere existence of any of the agents that have participated in the operation (FBI or HSI agents). Therefore, the secretive nature to which the government is shielding the identies and other mandatory public information requires the purview of the U.S. Marshals service to locate the obscured Federal Agents named in this case.

2. Federal Matter: Since this case involves federal issues and parties, using the U.S. Marshals may ensure greater adherence to federal procedural requirements and ensure that service is done in a manner consistent with the importance of the matter.

3. Sensitive Information: As this case involves the name of a classified HSI operation, other other information that the U.S. government still deems "sensitive" service by U.S. Marshals, who are experienced in handling sensitive federal matters, ensures the preservation of confidentiality and mitigates the risk of unauthorized disclosure of classified or sensitive information.

Pursuant to **Federal Rule of Civil Procedure 4(c)(3)**, the Court has discretion to order service by U.S. Marshals in circumstances where specialized training and handling are required. Given the involvement of federal agents and the sensitive nature of the information at issue, including classified HSI operations, Plaintiff respectfully requests that the U.S. Marshals effectuate service to ensure compliance with security protocols."

4. Security Concerns: Given that the service of the summons may require entry into secure federal buildings, using U.S. Marshals ensures that service is carried out by individuals who are trained for, and familiar with, the security protocols of such facilities. This is particularly important when the defendants are HSI officers who likely operate in secure environments. A private process server may not meet federal security protocols or permissions for locating and serving the federal agents in a timely fashion.

5. Legitimacy and Authority: Utilizing the U.S. Marshals adds a layer of legitimacy and authority to the process, ensuring that defendants, who are federal officers, will take the summons seriously and comply promptly with any and all legal requirements.

6. Avoidance of Conflict: Due to the nature of the parties and the classified operation involved, using a neutral and official third party for service avoids any appearance of conflict of interest or impropriety that might arise if a private process server were used.

## FEES

Plaintiff agrees to pay *reasonable* fees incurred by the U.S. Marshals in service of the summons; that the U.S. Marshals are being requested is not due to the mandatory requirement formed by an *in forma pauperis* claim, but instead due the unique circumstances posed in the seriousness of serving federal officers such a summons and that also the matter is continued to be regarded by the law enforcement agency as "sensitive".

Attached are exampled USM-285 forms completed for Service of Summons by the U.S. Marshals Service unto Michael Huffines and John C. Koski. Upon the court granting approval to proceed, 5 copies (per instructions of USM-285) will be printed and given to the the Clerk and the U.S. Marshals.

## CONCLUSION

Pursuant to **Federal Rule of Civil Procedure 4(c)(3)**, this Court has the discretion to order that service of the summons and complaint be effected by the United States Marshals Service. Given the involvement of federal officers and sensitive information in this case, the use of U.S. Marshals for service is appropriate and necessary to ensure both adherence to federal procedural requirements and the security of the parties involved. The Plaintiff agrees to bear the reasonable costs associated with such service.

For the reasons set forth above, the Plaintiff respectfully renews the requests that the Court issue an order directing the U.S. Marshals Service to serve the summons and complaint upon the Defendants.

Respectfully Submitted,

Joshua White M.Eng
Pro Se
PO Box 2134
Danville, Kentucky 40203

Signed: _____

Dated: 10/14/24

JW
c/o P.O. Box 2134
Danville, Kentucky 40203






9589 0710 5270 2296 0280 48

LOUISVI Retail
THU 17
RDC 99   40202

U.S. POSTAGE PAID
FCM LG ENV
LOUISVILLE, KY 40207
OCT 17, 2024
$8.05
S2324H502878-61

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 21 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Western District of KY
601 W Broadway
Unit 106,
Louisville, Ky 40202