UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSHUA WHITE, Plaintiff,

v. Civil Action No. 3:23-cv-428-DJH

JOHN C. KOSKI, JR. et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Joshua White, proceeding pro se, sued Defendants John C. Koski, Jr., Michael Huffines, and additional unknown Homeland Security Investigations and Federal Bureau of Investigations agents, alleging unconstitutional search and seizure. (Docket No. 1) White moves for service upon these defendants by U.S. Marshals. (D.N. 19) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is hereby **REFERRED** to U.S. Magistrate Judge Colin H. Lindsay for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. Judge Lindsay is further authorized to conduct a settlement conference in this matter at any time.

(2) White's motion for service by U.S. Marshals (D.N. 19) is **REFERRED** to Judge Lindsay pursuant to 28 U.S.C. § 636(b)(1)(A).

January 21, 2025

David J. Hale, Judge
United States District Court

1