190

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23CV-428-DJH

FILED
JAMES J. VILT JR., CLERK
5/27/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* John Charles Koski, Jr.

was received by me on *(date)* April 11, 2025 .

☐ I personally served the summons on the individual at *(place)*

1010 New Dawn Lane Odenton, MD 21113 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shealyn Koski , who is designated by law to accept service of process on behalf of *(name of organization)* Roommate/Daughter

1010 New Dawn Lane Odenton MD 21113 on *(date)* 4-18-25 @ 6:52am ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*: W, F, 5'5", 130lb, 23 yrs

My fees are $ 89 for travel and $ for services, for a total of $ 89.00 .

I declare under penalty of perjury that this information is true.

Date: 4-18-25

*Server's signature*

Robert Pineda

*Printed name and title*

EGA Process Serving, LLC
7845 Belle Point Drive
Greenbelt, MD 20770
301-793-4336
Robert@EGAProcessServing.com

*Server's address*

Additional information regarding attempted service, etc:


CERTIFIED MAIL
...B 5042
Louisville, KY 40205
9589 0710 5270 1209 7272 69
CPU
U.S. POSTAGE
$17.58
John C. Koski, Jr
1010 New Dawn Lane
Odenton, MD 21113
RETURN RECEIPT
REQUESTED
FIRST CLASS


SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
John C. Koski, Jr
1010 New Dawn Lane
Odenton, MD 21113
9590 9402 9152 4225 1199 60
2. Article Number (Transfer from service label)
9589 0710 5270 1209 7272 69
PS Form 3811, July 2020 PSN 7530-02-000-9053
COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
Agent
Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? Yes
If YES, enter delivery address below: No
3. Service Type
Domestic Return Receipt


SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
John C. Koski, Jr
1010 New Dawn Lane
Odenton, MD 21113
9590 9402 9152 4225 1199 60
COMPLETE THIS SECTION ON DELIVERY
A. Signature
Agent
Addressee
B. Received by (Printed Name)
Desiree Koski
C. Date of Delivery
3/26/25
D. Is delivery address different from item 1? Yes
If YES, enter delivery address below: No
MAR 26 2025
3. Service Type
Adult Signature
Adult Signature Restricted Delivery
Certified Mail®
Certified Mail Restricted Delivery
Priority Mail Express®
Registered Mail™
Registered Mail Restricted Delivery
Signature Confirmation™

POB 5042
Louisville, KY 40205

**CERTIFIED MAIL®**

9589 0710 5270 1209 7272 76

**CPU**

U.S. POSTAGE
$17.58
FCM LTR RDC 99
Orig 40207
Dest 21201
03/14/25
2000051757 02
S2324P500228

John C Koski, Jr
HSI Baltimore
31 Hopkins Plaza 6th Floor
Baltimore, MD 21201

FIRST CLASS

RETURN RECEIPT REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John C. Koski, Jr
HSI Baltimore
31 Hopkins Plaza 6th Floor
Baltimore, MD 21201

9590 9402 9152 4225 1199 84

2. Article Number *(Transfer from service label)*

9589 0710 5270 1209 7272 76

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Attempted Delivery