To the Western District of Kentucky Clerk,

May 22, 2025

Please file the attached documents with the court as proof that the defendants, John C. Koski, Jr. and Michael B. Huffines were served a copy of the summons for case number: 3:23CV-428-DJH.

FILED
JAMES J. VILT, JR. - CLERK
MAY 27 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Sincerely,

LWhite

Lisa White in the name of Joshua White

White
PO Box 5042
Lou., KY 40205

CERTIFIED MAIL®

9589 0710 5270 2933 5001 04

Retail

UNITED STATES POSTAL SERVICE®

40202

RDC 99

U.S. POSTAGE PAID
FCM LETTER
LOUISVILLE, KY 40205
MAY 22, 2025

$9.96

S2324Y501898-03

Western District of Kentucky Clerk
601 W. Broadway, Suite 106
Louisville, KY 40202

RETURN RECEIPT REQUESTED

FILED
JAMES J. VILT, JR. - CLERK
MAY 27 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222731