# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Kentucky

FILED
JAMES J. VILT, JR. - CLERK
MAY 27 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case Number: 3:23CV-428-DJH

Plaintiff:
**Joshua White M.Eng**

vs.

Defendant:
**John C. Koski Jr., Michael Huffines, and Unknown HSI and FBI Agents**

For:
Joshua White M.Eng
PO Box 2134
Danville, KY 40203

Received by Louisville Metro Process Company on the 18th day of March, 2025 at 2:07 pm to be served on **HSI Special Agent Michael B. Huffines, 17214 Mallet Hill Drive, Louisville, KY 40245**.

I, Jonathan Hessig, being duly sworn, depose and say that on the **19th day of March, 2025** at **8:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, AMENDED COMPLAINT, COMPLAINT/ATTACHMENTS** with the date and hour of service endorsed thereon by me, to: **HSI Special Agent Michael B. Huffines** at the address of: **17214 Mallet Hill Drive, Louisville, KY 40245**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: m, Race/Skin Color: white, Height: 6'2, Weight: 205, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 20th day of March, 2025 by the affiant who is personally known to me.

Rachel Hessig
NOTARY PUBLIC
EXPIRATION DATE: January 26, 2027
KYNP65710

Jonathan Hessig
**Jonathan Hessig**
Process Server

**Louisville Metro Process Company**
**17001 Epson Ct.**
**# 1**
**Louisville, KY 40245**
**(502) 489-4533**

Our Job Serial Number: LOM-2025000138

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V