UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOSHUA WHITE, Plaintiff,

v. Civil Action No. 3:23-cv-428-DJH-CHL

JOHN C. KOSKI, JR. et al., Defendants.

* * * * *

**ORDER**

Plaintiff Joshua White asserts a *Bivens* claim against Defendants John C. Koski, Jr., Michael Huffines, and "Unknown HSI and FBI Agents." (Docket No. 18) White alleges that the defendants violated the Fourth Amendment during a February 17, 2021 search and seizure at his residence as part of a child-pornography investigation. (*Id.*) On October 31, 2024, White pleaded guilty to one count of misprision of a felony in a related criminal case. *See* Order Following Entry of Guilty Plea, *United States v. White*, No. 3:21-cr-155-DJH (W.D. Ky. Oct. 31, 2024), ECF No. 287. The agreed factual basis for the plea states that "[o]n or about February 17, 2021, child pornography was located on one or more storage devices owned by Joshua White . . . [and h]e concealed that fact by use of anti-forensic tools." Plea Agreement, *United States v. White*, No. 3:21-cr-155-DJH (W.D. Ky. Oct. 31, 2024), ECF No. 289, PageID.2173. With the exception of claims of ineffective assistance of counsel and prosecutorial misconduct, White "knowingly and voluntarily waive[d] any collateral attack argument" regarding his conviction and resulting sentence. *Id.*, PageID.2176. The record reflects no activity in the present matter since two proofs of service were filed on White's behalf in May 2025. (*See* D.N. 23; D.N. 24) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that within **fourteen (14) days** of entry of this Order, White shall **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. *See* LR 41.1.

August 21, 2026

**David J. Hale, Chief Judge**
**United States District Court**

cc: Plaintiff, pro se